_x_ FILED  ____ RECEIVED
____ ENTERED  ____ SERVED ON
COUNSEL/PARTIES OF RECORD

November 15, 2023

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:23-CR-137-CDS-DJA |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| MAYRA ISABEL LOPEZ, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture under Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 2323(a)(1)(A) with 28 U.S.C. § 2461(c); 18 U.S.C. § 2323(a)(1)(B) with 28 U.S.C. § 2461(c); and 18 U.S.C. § 2323(b)(1) based upon the plea of guilty by Mayra Isabel Lopez to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Information and shown by the United States to have the requisite nexus to the offense to which Mayra Isabel Lopez pled guilty. Criminal Information, ECF No. 4; Plea Agreement, ECF No. 6; Arraignment & Plea, ECF No. 9; Preliminary Order of Forfeiture, ECF No. 11.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from August 25, 2023, through September 23, 2023, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibits, ECF No. 12-1, p. 5.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States under Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 2323(a)(1)(A) with 28 U.S.C. § 2461(c); 18 U.S.C. § 2323(a)(1)(B) with 28 U.S.C. § 2461(c); 18 U.S.C. § 2323(b)(1); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

    i. 4 counterfeit Balenciaga hats;
    ii. 2 counterfeit Balenciaga sweaters;
    iii. 4 counterfeit Burberry hats;
    iv. 10 counterfeit Burberry handbags;
    v. 12 counterfeit Burberry pants;
    vi. 21 counterfeit Burberry shirts;
    vii. 1 counterfeit Calvin Klein belt;
    viii. 4 counterfeit Chanel belts;
    ix. 71 counterfeit Chanel handbags;
    x. 6 counterfeit Chanel hats;
    xi. 4 counterfeit Chanel pants;
    xii. 42 counterfeit Chanel shirts;
    xiii. 8 pairs of counterfeit Chanel shoes;
    xiv. 13 counterfeit Chanel sunglasses;
    xv. 9 counterfeit Chanel swimsuits;
    xvi. 82 counterfeit Christian Dior handbags;
    xvii. 2 counterfeit Christian Dior hats;
    xviii. 15 counterfeit Christian Dior pants;

xix. 39 counterfeit Christian Dior shirts;

xx. 55 pairs of counterfeit Christian Dior shoes;

xxi. 1 counterfeit Christian Dior sunglasses;

xxii. 11 counterfeit Christian Dior sweatshirts;

xxiii. 19 counterfeit Christian Dior swimsuits;

xxiv. 2 counterfeit Coach wallets;

xxv. 3 counterfeit Couture scarves;

xxvi. 6 counterfeit Dolce pants;

xxvii. 6 counterfeit Dolce shirts;

xxviii. 42 counterfeit Fendi handbags;

xxix. 15 counterfeit Fendi hats;

xxx. 20 counterfeit Fendi pants;

xxxi. 18 counterfeit Fendi shirts;

xxxii. 3 counterfeit Fendi sunglasses;

xxxiii. 1 counterfeit Fendi sweatshirts;

xxxiv. 24 counterfeit Fendi swimsuits;

xxxv. 1 counterfeit Fendi wallet;

xxxvi. 9 counterfeit Ferragamo belts;

xxxvii. 3 counterfeit Givenchy pants;

xxxviii. 2 counterfeit Givenchy shirts;

xxxix. 104 counterfeit Gucci belts;

xl. 9 counterfeit Gucci bracelets;

xli. 207 counterfeit Gucci handbags;

xlii. 50 counterfeit Gucci hats;

xliii. 26 counterfeit Gucci pants;

xliv. 2 counterfeit Gucci scarves;

xlv. 50 counterfeit Gucci shirts

xlvi. 231 pairs of counterfeit Gucci shoes;

xlvii. 47 counterfeit Gucci sunglasses;
xlviii. 12 counterfeit Gucci sweatshirts;
xlix. 96 counterfeit Gucci wallets;
l. 17 counterfeit Gucci watches;
li. 5 counterfeit Hermes handbags;
lii. 61 counterfeit Louis Vuitton belts;
liii. 610 counterfeit Louis Vuitton handbags;
liv. 16 counterfeit Louis Vuitton hats;
lv. 26 counterfeit Louis Vuitton pants;
lvi. 37 counterfeit Louis Vuitton shirts;
lvii. 88 counterfeit Louis Vuitton shoes;
lviii. 10 counterfeit Louis Vuitton sunglasses;
lix. 6 counterfeit Louis Vuitton sweatshirts;
lx. 47 counterfeit Louis Vuitton swimsuits;
lxi. 153 counterfeit Louis Vuitton wallets;
lxii. 5 counterfeit Louis Vuitton watches;
lxiii. 4 counterfeit MCM handbags;
lxiv. 6 counterfeit MCM hats;
lxv. 1 counterfeit MCM wallet;
lxvi. 3 counterfeit Michael Kors belts;
lxvii. 14 counterfeit Michael Kors shirts;
lxviii. 2 counterfeit Michael Kors scarves;
lxix. 11 counterfeit Moschino pants;
lxx. 14 counterfeit Moschino shirts;
lxxi. 17 counterfeit North Face/Gucci shirts;
lxxii. 29 counterfeit Prada handbags;
lxxiii. 20 counterfeit Prada shirts;
lxxiv. 2 counterfeit Prada sunglasses;

      lxxv. 5 counterfeit Prada wallets;

      lxxvi. 9 counterfeit Rolex watches;

      lxxvii. 2 counterfeit Supreme hats;

      lxxviii. 1 counterfeit Tory Burch handbag;

      lxxix. 2 pairs of counterfeit Tory Burch shoes;

      lxxx. 10 counterfeit Versace belts;

      lxxxi. 3 counterfeit Versace handbags;

      lxxxii. 11 counterfeit Versace pants;

      lxxxiii. 21 counterfeit Versace shirts;

      lxxxiv. 29 counterfeit Versace sunglasses;

      lxxxv. 6 counterfeit Versace sweatshirts;

      lxxxvi. 5 counterfeit Versace watches

      lxxxvii. 28 counterfeit YSL handbags;

      lxxxviii. 3 counterfeit YSL wallets;

      lxxxix. 8 counterfeit YSL shirts;

      xc. 5 counterfeit YSL pants;

      xci. 1 counterfeit YSL clutch; and

      xcii. 1 counterfeit YSL hat

(all of which constitutes property).

    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that under Fed. R. Crim. P. 32.2(c) and 21 U.S.C. § 853(n)(7), all possessory rights, ownership rights, and all rights, titles, and interests in the property are extinguished and are not recognized for Mayra Isabel Lopez and all third parties.

    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the property shall be disposed of according to law.

/ / /

/ / /

/ / /

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED November 15, 2023.

_____
CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE