## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>MAYRA ISABEL LOPEZ,<br><br>        Defendant. | Case No. 2:23-cr-00137-CDS-DJA<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Tuesday, Mach 4, 2025 at 2:00 p.m. be vacated and continued to April 11, 2025 at 11:00 am in 3B before Magistrate Judge Maximiliano D. Couvillier, III.

    DATED this 3rd of March 2025.

                                                                                            UNITED STATES MAGISTRATE JUDGE